FILED

11/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0597

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0597

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

VAUGHN DAVID JAMES,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 24, 2021, within which to prepare, serve, and file its response brief.

CMF

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 15 2021